Craig E. Farmer (SBN 61086)
(cfarmer@farmercurtislaw.com)
Dawn D. Curtis (SBN 227076)
(dcurtis@farmercurtislaw.com)
**FARMER CURTIS, LLP**
3445 American River Drive, Suite C
Sacramento, CA  95864
Telephone: (916) 679-6565
Fax: (916) 679-6575

Attorneys for Defendant PAUL BETENBAUGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PAUL BETENBAUGH, an individual; DALAS L. GUNDERSEN, an individual.<br><br>　　　　　Defendant. | Case No. 2:21-CV-01761-TLN-CKD<br><br>**STIPULATION AND ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Action Filed:  09/27/2021<br><br>**Hon. Judge Troy L. Nunley** |

　　　Pursuant to this Court's September 28, 2021 Initial Pretrial Scheduling Order (ECF No. 4), Fed. Rule of Civ. Proc. 16(b)(4), Local Rule 143, and a showing of good cause, the parties in the above action hereby submit the following stipulation and proposed order to modify the scheduling order.

　　　Whereas, the parties in the above action agree that a 90 day extension of the deadlines in this Court's September 28, 2021 Initial Pretrial Scheduling Order (ECF No. 4) is reasonable, necessary, and appropriate to permit completion of appropriate discovery, including any potential motions related thereto, prior to the disclosure of expert witnesses, dispositive motions and pretrial proceedings.

　　　Whereas, the parties have not made any prior requests to modify the scheduling order.

IT IS HEREBY STIPULATED by the parties, through their counsel of record, that the current deadlines in the Initial Pretrial Scheduling Order (ECF No. 4) entered by this Court on September 28, 2021 are extended as follows:

- All discovery, with the exception of expert discovery, shall be completed no later than December 19, 2022;
- Designation of expert witnesses and reports shall be filed and served no later than February 17, 2023;
- Designation of any supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party shall be exchanged no later than March 20, 2023; and June 17, 2023.

Except as modified, the Court's Initial Scheduling Order (ECF No. 4) remains unchanged.

IT IS SO STIPULATED

Dated: August 10, 2022          FARMER CURTIS, LLP

By: ___/s/ Craig E. Farmer___
　　CRAIG E. FARMER
　　DAWN D. CURTIS
　　Attorneys for Defendant PAUL BETENBAUGH

Dated: August 10, 2022          ROPERS MAJESKI PC

By: ___/s/ Birgit Huber Willand___
　　BLAKE J. RUSSUM
　　BIRGIT HUBER WILLAND
　　Attorneys for Plaintiff SAFECO INSURANCE
　　COMPANY OF AMERICA

Electronic signature authorized on August 2, 2022

////

Farmer Curtis, LLP

1  Dated: August 10, 2022                GARNER & ASSOCIATES, LLP

3                                        By:  /s/ John R. Garner
4                                              JOHN R. GARNER
                                               PETER C.I. CHEN
5                                              Attorneys for Defendant DALAS GUNDERSEN

6  Electronic signature authorized on August 10, 2022

**ORDER**

Pursuant to the parties above stipulation and for good cause shown, IT IS HEREBY ORDERED that the Initial Pretrial Scheduling Order (ECF No. 4) is modified as follows:

- All discovery, with the exception of expert discovery, shall be completed no later than December 19, 2022;
- Designation of expert witnesses and reports shall be filed and served no later than February 17, 2023;
- Designation of any supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party shall be exchanged no later than March 20, 2023; and June 17, 2023.

Except as modified, the Court's Initial Scheduling Order remains unchanged.

IT IS SO ORDERED.

Dated: August 10, 2022

Troy L. Nunley
United States District Judge