UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAUL BETENBAUGH, an individual; DALAS GUNDERSEN, an individual,<br><br>Defendants. | Case No. 2:21-cv-01761-TLN-CKD<br><br>**ORDER RE SCHEDULE OF THE PARTIES' FILING OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

TO THE PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY ORDERED that each party's Proposed Findings of Fact and Conclusions of Law, of no more than 20 pages, shall be filed on or before November 21, 2025. The Proposed Findings of Fact and Conclusions of Law must include a record citation for each finding of fact. Each party may file a Reply Brief, of no more than 10 pages, addressing the other parties' Proposed Findings of Fact and Conclusions of Law on or before December 5, 2025.

The matter will be submitted upon completion of the briefing. If the Court subsequently concludes that additional briefing is necessary, the parties will be notified accordingly.

Dated: November 3, 2025

_____
Troy L. Nunley
Chief United States District Judge